FILED
CLERK, U.S. DISTRICT COURT

JUL - 8 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOLANDA Z. LOPEZ, ) | No. EDCV 07-0045-RC |
| Plaintiff, ) | |
| v. ) | JUDGMENT |
| MICHAEL J. ASTRUE,[1] ) Commissioner of Social Security, ) | |
| Defendant. ) | |

IT IS ADJUDGED that Judgment be entered remanding the action to the Social Security Administration for further proceedings consistent with the Opinion and Order, pursuant to sentence four of 42 U.S.C. § 405(g).

DATED: July 8, 2008

_____
ROSALYN M. CHAPMAN
UNITED STATES MAGISTRATE JUDGE

---

[1] Pursuant to Fed. R. Civ. P. 25(d)(1), Michael J. Astrue is substituted as the defendant in the action.